**WO**                                                                                           MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tarmaine A. Colbert, ) | No. CV 07-0147-PHX-SMM (DKD) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| State of Arizona, et al., ) | |
| Respondents. ) | |

On January 22, 2007, Petitioner Tarmaine A. Colbert, who is confined in the United States Penitentiary in Florence, Colorado, filed a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed *In Forma Pauperis*.

**I. Failure to Pay Filing Fee**

Rule 3.5(b) of the Local Rules of Civil Procedure requires that "[i]f a habeas corpus petitioner desires to prosecute the petition *in forma pauperis*, the petitioner shall file an application to proceed *in forma pauperis* on a form approved by the Court, accompanied by a certification of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit." Rule 3.5(b) also requires payment of the $5.00 filing fee if a petitioner has in excess of $25.00 in his inmate account.

**JDDL**

Because Petitioner has not paid the $5.00 filing fee, or filed an Application to Proceed *In Forma Pauperis*, Petitioner will be given 30 days from the filing date of this Order to submit a properly executed and certified Application to Proceed *In Forma Pauperis*, using the form included with this Order, *or* pay the $5.00 filing fee.

**II. Warnings**

**A. Address Changes**

Plaintiff must file and serve a notice of a change of address 10 days before his move is effective. See LRCiv 83.3(d). Plaintiff shall not include a motion for other relief with his notice of change of address.

**B. Copies**

Plaintiff must submit an additional copy of every original motion or other document filed for use by the District Judge or Magistrate Judge to whom the case is assigned. See LRCiv 5.4. Failure to comply with this requirement may result in the motion or document being stricken without further notice to Plaintiff.

**C. Possible dismissal**

Plaintiff is warned that if he fails to timely comply with every provision of this Order, including these warnings, this action will be dismissed without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (district court may dismiss action for failure to comply with any order of the Court).

**IT IS ORDERED THAT:**

(1) Within **30 days** from the filing date of this Order, Petitioner must submit a properly executed and certified Application to Proceed *In Forma Pauperis*, using the form included with this Order, *or* pay the $5.00 filing fee.

(2) The Clerk of the Court must enter a judgment of dismissal without prejudice of this action, without further notice to Petitioner, **if** Petitioner fails to submit a properly executed and certified Application to Proceed *In Forma Pauperis*, or pay the $5.00 filing fee, within 30 days from the filing date of this Order.

JDDL

- 2 -

1  (3) The Clerk of the Court must provide Petitioner with a current Court-approved
2 form titled, "Application to Proceed *In Forma Pauperis* By A Prisoner (Habeas)."
3  DATED this 20th day of February, 2007.

                                    Stephen M. McNamee
                                    United States District Judge

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| _____,<br>Petitioner,<br>vs.<br>_____,<br>Respondent(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. _____<br><br>APPLICATION TO PROCEED<br>*IN FORMA PAUPERIS*<br>BY A PRISONER<br>(HABEAS) |

   I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

   In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?   ☐ Yes   ☐ No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

2. Do you receive any other payments from the institution where you are confined?   ☐ Yes   ☐ No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

3.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?      **G**Yes      **G**No
    If "Yes," state the sources and amounts of the income, savings, or assets.  _____
    _____
    _____

I declare under penalty of perjury that the above information is true and correct.

| _____ | _____ |
|:---:|:---:|
| DATE | SIGNATURE OF APPLICANT |

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
    (Printed name of official)

The applicant's trust account balance at this institution is:  $_____.

_____
DATE      AUTHORIZED SIGNATURE      TITLE/ID NUMBER      INSTITUTION

2