**WO**                                                                                   MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tarmaine A. Colbert, ) | No. CV 07-147-PHX-SMM (DKD) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| State of Arizona, et al., ) | |
| Respondents. ) | |

## I.   Pending Motion

In a March 21, 2007 Order (Doc. #5), the Court dismissed Petitioner Tarmaine A. Colbert's *pro se* Petition for a Writ of Habeas Corpus because Petitioner had failed to name a proper respondent. The Court gave Petitioner 30 days to file an amended complaint that cured this jurisdictional defect.

Pending before the Court is Petitioner's "Motion for Extension of Time to File an Amended Petition Under 28 USC § 2254 for Writ of Habeas Corpus" (Doc. #9). Petitioner requests a 30-day extension of time to file an amended petition because he was recently transferred from the United States Penitentiary (USP) in Florence, Colorado to USP-Tucson, Arizona; he received the Court's March 21, 2007 Order on April 12, 2007; and his electronic law library access is limited because he is housed in a high-security Penitentiary.

The Court, in its discretion, will grant Petitioner's motion for an extension of time.

. . . .

. . . .

**JDDL**

1 **II.   Warnings**
2     **A.   Address Changes**
3 Petitioner must file and serve a notice of a change of address in accordance with Rule
4 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other
5 relief with a notice of change of address. Failure to comply may result in dismissal of this
6 action.
7     **B.   Copies**
8 Petitioner must serve Respondents, or counsel if an appearance has been entered, a
9 copy of every document that he files. Fed. R. Civ. P. 5(a). Each filing must include a
10 certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner
11 must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to
12 comply may result in the filing being stricken without further notice to Petitioner.
13     **C.   Possible Dismissal**
14 If Petitioner fails to timely comply with every provision of this Order, including these
15 warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet,
16 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to
17 comply with any order of the Court).
18 **IT IS ORDERED:**
19 (1)   Petitioner's "Motion for Extension of Time to File an Amended Petition Under
20 28 USC § 2254 for Writ of Habeas Corpus" (Doc. #9) is **granted**. Petitioner has **30 days**
21 from the date this Order is filed to file an amended petition.
22 . . . .
23 . . . .
24 . . . .
25 . . . .
26 . . . .
27 . . . .
28 . . . .

JDDL

- 2 -

1        (2)    The Clerk of Court must enter a judgment of dismissal without prejudice of this
2 action, without further notice to Petitioner, **if** Petitioner fails to submit an amended petition
3 on the court-approved form within 30 days from the filing date of this Order.

4       DATED this 26th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge