**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Tarmaine Antwan Colbert,<br><br>    Petitioner,<br><br>    v.<br><br>State of Arizona, et al.,<br><br>    Defendants. | CIV-07-147-PHX-SMM (DKD)<br><br>**ORDER** |

For good cause shown, Petitioner's request for a 30-day extension of time to file his Objections to the Report and Recommendation of the Magistrate Judge (Dkt. 21) is granted. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner shall have until **November 22, 2007** to file his objections in this matter.

DATED this 1st day of November, 2007.

Stephen M. McNamee
United States District Judge