**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tarmaine A. Colbert,             ) | No. CIV 07-147-PHX-SMM |
|             Petitioner,             ) | **MEMORANDUM OF DECISION AND ORDER** |
| vs.             ) | |
| Ricardo Chavez, Warden; Terry Goddard, Arizona Attorney General,             ) | |
|             Respondents.             ) | |

Pending before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition"). The matter was referred to Magistrate Judge David K. Duncan for a Report and Recommendation. On October 18, 2007, the Magistrate Judge filed a Report and Recommendation with this Court (Dkt. 20). On October 29, 2007, Petitioner filed a motion for extension of time to file his objections, which the Court granted (Dkt. 22). On November 26, 2007, Petitioner filed his Objection (Dkt. 35) to the Report and Recommendation. After considering Judge Duncan's Report and Recommendation and the arguments raised in Petitioner's Objections thereto, the Court now issues the following ruling.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d

1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

**DISCUSSION**[1]

Petitioner's conviction became final on August 1, 2001. Petitioner filed his Petition on January 22, 2007, and an amended petition on May 21, 2007. The Magistrate Judge concluded that no statutory tolling applied, and that Petitioner had not shown that anything other than lack of due diligence accounted for his failure to file a timely petition. Petitioner objects to the Report and Recommendation on the ground that it fails to address the merits of his Petition, and proceeds to reargue those merits. Notably, Petitioner's objections fail to address the issue of why his petition was not timely filed. Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and the objections having been made by Petitioner thereto, the Court finds that the Magistrate Judge adequately addressed all of Petitioner's arguments. Therefore, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth above,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge David K. Duncan (Dkt. 20).

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

DATED this 13th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[1] The factual and procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation (Dkt. 20).

- 2 -